JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABINO SALDANA AND GLORIA SALDANA, <br><br> Plaintiffs, <br><br> v. <br><br> AURORA LOAN SERVICES, LLC., ~~CAL-WESTERN RECONVEYANCE CORPORATION;~~ ~~PROFESSIONAL REAL ESTATE BROKERS~~ DOES 1-100, <br><br> Defendant. | Case No. EDCV 11-00041 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 3, 2011

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge